Blair M. Christensen
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, AK 99519-6650
(907) 343-4545
(907) 343-4550

Attorney for Defendants
Municipality of Anchorage
Anchorage Police Department
Mark Mew

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANTHONY HENRY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| MUNICIPALITY OF ANCHORAGE, ANCHORAGE POLICE DEPARTMENT, and MARK MEW, | ) ) ) ) |
| Defendants. | ) ) ) |

Case No. #3AN-15-06834CI
U.S. District Court No. _____

## NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT

Pursuant to the requirements of 28 U.S.C. § 1446, defendants Municipality of Anchorage, Anchorage Police Department, and Mark Mew provide notice of removal of

an action from Superior Court, Third Judicial District, State of Alaska, to the United States District Court, District of Alaska. Removal is based on the following grounds:

1. Plaintiff filed a civil action entitled *Anthony Henry v. Municipality of Anchorage and Anchorage Police Department,* Case No. 3AN-15-6834 CI, in Superior Court, Third Judicial District, State of Alaska. Plaintiff then filed his First Amended Complaint on September 4, 2015. Plaintiff's First Amended Complaint contains alleged violations of Federal law and added Chief of Police Mark Mew as a defendant. Plaintiff's First Amended Complaint is attached as Exhibit A.

2. The United States District Court has original jurisdiction over this civil action pursuant to 28 U.S.C. §§ 1331 and 1441 because the First Amended Complaint specifically alleges, inter alia, that defendants' actions were in violation of 42 U.S.C. §§ 12111, 12203, and 2000e. *See* Exhibit A.

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b). Plaintiff's First Amended Complaint contains violations of Federal law and added Chief of Police Mark Mew as a defendant. The Municipality received Plaintiff's First Amended Complaint on September 4, 2015. Fewer than 30 days have elapsed since receipt by the Municipality of Plaintiff's First Amended Complaint and, therefore, this Notice of Removal is timely.

4. Written notice of filing this Notice of Removal will be filed with the Clerk of the Trial Courts, Third Judicial District, State of Alaska and will be served on the plaintiff.

5. By filing and serving this Notice of Removal, the Municipality does not waive, and hereby expressly reserves, all rights, defenses, and objections, including, but not limited to, the right to seek dismissal of the complaint, including dismissal based on insufficient process.

The Municipality respectfully requests that the above-entitled action be removed from the State of Alaska Superior Court, Third Judicial District, to the United States District Court for the District of Alaska.

Respectfully submitted this 2nd day of October, 2015.

MUNICIPAL ATTORNEY'S OFFICE

By: /s/ Blair Christensen
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org
Alaska Bar No. 0311088

Certificate of Service
I hereby certify that on 10/02/2015, I caused to be mailed a true and correct copy of the *Notice of Removal of Action to United States District Court was served on*:

Molly C. Brown
Dillon & Findley
1049 W. Fifth Avenue, Suite 200
Anchorage, AK 99501

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Marie Stafford
Legal Secretary
Municipal Attorney's Office