Ray R. Brown
Molly C. Brown
Margaret Simonian
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 200
Anchorage, AK 99501
Phone: 907-277-5400
Fax    907-277-9896
Email: ray@dillonfindley.com
Email: molly@dillonfindley.com
Email: meg@dillonfindley.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ANTHONY HENRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MUNICIPALITY OF ANCHORAGE, ) | |
| ANCHORAGE POLICE DEPARTMENT, ) | |
| and MARK MEW, ) | |
| ) | |
| Defendants. ) | |
| ) | Case No. 3:15-cv-00187-RRB |

**NOTICE OF FILING EXHIBIT A UNDER SEAL**

This exhibit is filed under seal per D.Ak. LR 5.4 and the Stipulated Protective Order in this case at Docket 12.

NOTICE OF FILING EXHIBIT A UNDER SEAL
*Anthony Henry v. Municipality of Anchorage, et al.*
Case No. 3:15-cv-00187-RRB
Page 1 of 1