| Anchorage Police Department<br>Regulations and Procedures Manual | Operational Procedures<br>**3.10.030** | |
|---|---|---|
| **Policy and Procedure Title**<br>Digital Audio Recording Policy | **Effective Date**<br>5/17/2010 | Page 1of 4 |
| **Replaces Prior Policy:**<br>8/10/09 | **Approved by:**<br>Chief Mark T. Mew | |

**This policy is the internal use only and does not enlarge an employee's civil liability in any way. The policy should not be construed as creating a higher duty of care, in an evidentiary sense, with respect to third party civil claims against employees. A violation of this policy, if proven, can only form the basis of a complaint by this department for non-judicial administrative action in accordance with the laws governing employee discipline.**

## 3.10.030 Digital Audio Recording Policy

### PURPOSE

To establish departmental policies and procedures for capture, storage and processing of digital recordings.

### POLICY

It shall be the policy of the Anchorage Police Department to capture, store, and process evidentiary digital recordings in a professional manner in accordance with established procedures in order to maintain a high standard of preservation for this type of evidence.

### DEFINITIONS

**Audio Recording:** to cause sound to be registered on something (as a disc or magnetic tape) in reproducible form.

**Audio Recording Enhancement:** Any process intended to improve the audible quality of a recording.

**Audio Recording Processing:** Any activity that transforms an input recording into an output recording.

**Audio Recording Technologies:** Any systems and/or methods used to capture, store, process, analyze, transmit, or produce an audio recording.

**Capture:** The process of creating an audio recording.

**Capture Device:** The equipment used to capture the audio recording.

**Data Objects:** Objects or information of potential probative value that are associated with physical items. Data objects may occur in different formats without altering the original information.

**Digital Audio File:** A record that includes audio data and related data objects.

**File Format:** The structure by which data is organized in a file.

**Intermediate Storage:** Any media or device on which a recording is temporarily stored for transfer to permanent or archival storage.

**Primary Recording:** The recording captured at a scene of the subject being documented. This recording is also called an Original and it is archived without change in content or format as an exact duplicate of the primary recording.

**Storage:** The act of preserving an audio recording.

**Storage Media:** Any object on which an audio recording is preserved.

**Source Code:** The list of instructions written in a standard programming language used to construct a computer program. This information is not usually provided absent a court order or prior contractual agreement.

**Working Recording:** Any recording subjected to processing

## REFERENCES

**Rules of Evidence**

**Federal Rules of Evidence: Article X (Contents of Writings, Recordings, and Photographs)**

**State of Alaska Rules of Evidence: Article X, Writings**

## PROCEDURES

All personnel utilizing digital audio technologies shall be knowledgeable and proficient in accordance with standard operating procedures and the operation of the relevant digital audio technologies. No employee shall make use of digital audio technology in which they cannot demonstrate proficiency. No employee shall process any recording without following the established procedures for documentation and preservation of the processed recording. The equipment user is responsible for having become sufficiently familiar with the equipment, instruction manuals, standard operating procedures, and APD Digital Audio Recording Policy to properly utilize and maintain the proper functioning of the equipment.

Digital Audio training is required and will be coordinated through the Anchorage Police Department Information Technology Unit or other authorized personnel.

When a digital audio recording device is used for evidentiary documentation, no options will be used to alter the recording in such a way that the recording does not accurately represent the subject of the recording or some aspect of the subject. If digital options are needed and utilized for a specific purpose, which cause the recording to be distorted in some fashion, that specific purpose and the effect of utilizing the digital option must be documented.

   A. **Preserving Original:** Each original recording captured during an investigation, at a crime scene or contact with the public shall be preserved; regardless as to whether an error in procedures may have caused the recording to be taken inadvertently or in a manner that causes

it to be valueless. Any recording that an officer determines to not be part of a criminal investigation must be submitted to the DIMS generic folder assigned to the officer. No recording will be deleted prior to submitting it into the digital evidence system.

Once the file has been archived, the chain of custody shall document the identity of the individuals and groups who had custody and control of the archive recording.

**NOTE: Once recorded, it will be down loaded. No deletions from the recorder are allowed until all contents are downloaded successfully.**

B. **Condition of recording:** The original recording will be stored and maintained in an unaltered state. This includes maintaining original digital recordings in their native file formats. Duplicates or copies will be used for working recordings when applicable and as authorized by the chain of command. All edits must be documented with stated purpose. The original will be available as needed. No original recording will be altered in any way from how it was captured and will stay in the same digital format as it was captured.

C. **Timely Submission:** Audio Recordings shall be submitted, like all evidence, prior to the completion of the officer's shift, including overtime and extra detail shifts.

Once the audio recordings have been submitted as evidence or non-evidence, a copy of the audio recording shall be maintained on the officer's work computer for six (6) months unless the downloading officer takes specific steps to assure that proper submission has occurred.

In the case of off duty contact tapes, supervisor authorization is required to incur overtime to accomplish the download. Otherwise, down load of the audio recording is required within three (3) days or the first shift back to work.

When the audio recording is properly downloaded, clear the recorder.

The saving of digital voice recordings will be clearly noted in the associated police report.

D. **Storage and retrieval:** Digital Audio Recordings will be saved to the Digital Evidence server maintained by the Information Technology unit. Officers will follow the steps outlined in the system for storage and verification of the audio file before final submission to the system.

When audio file copies are required for court, etc, the Evidence unit personnel will provide copies as requested.

E. **Verification of Original and Processed Recordings:** Personnel who captured the original recording or were present at the time the original recording was captured will verify that the recording is a true and accurate representation for court purposes.

F. **Retention:** The Property and Evidence Unit will be responsible for maintaining the infrastructure that preserves the evidentiary files and documents the chain of custody, with the assistance of the Information Technology unit.

Files will be stored on the server for the same length of time as physical evidence is maintained following retention and disposal procedures adopted by APD. Periodically, as determined by the level of the technology used, the files will be converted to a long term storage media and will be stored by property and evidence.

G. **Guidelines for Software**: The purchase of <u>all</u> software will be vetted through the Information Technology Unit.