Douglas S. Parker, Alaska Bar 8311168
dparker@littler.com
Sean Halloran, Alaska Bar 9211080
shalloran@littler.com
LITTLER MENDELSON
310 K Street, Suite 400
Anchorage, Alaska 99501
Tel: 907.561.1214
Fax: 907.561.1215

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| ANTHONY HENRY,<br><br>    Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE, ANCHORAGE POLICE DEPARTMENT and MARK MEW,<br><br>    Defendants. | Case No. 3:15-cv-00187-RRB |

### DECLARATION OF DOUGLAS S. PARKER IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE REGARDING HENRY'S EXPERT BETH DE LIMA

I, Douglas S. Parker, hereby declare as follows:

1. I am an adult over the age of 18.

2. I am an attorney employed by Littler Mendelson, which serves as counsel for Defendants, and have personal knowledge of and am competent to testify to all facts set forth in this declaration.

3. Attached hereto as Exhibit 1 is a true and correct copy of Beth DeLima's declaration/report dated March 6, 2017, filed under seal.

Henry v. MOA, et al; 3:15-cv-00187-RRB

4. Attached hereto are true and correct copies of excerpts of the deposition transcript of Beth DeLima dated May 19, 2017, filed under seal.

5. Attached hereto are true and correct copies of excerpts of the deposition transcript of Nancy Usera dated October 3, 2016, filed under seal.

**I declare that the above statements are true to the best of my knowledge and belief, and that I understand that it is made for use as evidence in court and is subject to penalty for perjury.**

Dated this 30th day of April, 2018.

By: /s/ Douglas S. Parker
Douglas S. Parker

CERTIFICATE OF SERVICE:

I hereby certify that on the 30th day of
April, 2018, a true and correct copy
of the foregoing document was served on:

Molly C. Brown
Ray R. Brown
Jessica Dillon
Margaret Simonian
Dillon & Findley
1049 W. Fifth Avenue, Suite 200
Anchorage, AK 99501

By ☐ Hand ☐ Mail ☐ Fax
☑ Court's ECF filing system

/s/ Nancy Murphy Kruse
Nancy Murphy Kruse
Legal Assistant

LITTLER MENDELSON
310 K Street, Suite 400
Anchorage, Alaska 99501
Tel: 907.561.1214
Fax: 907.561.1215

Firmwide:154346618.1 066268.1002