IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANTHONY HENRY,<br><br>      Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE,<br><br>      Defendant. | Case No. 3:15-cv-00187-RRB<br><br>**ORDER UNSEALING DOCKET 710**<br>**(Docket 826)** |

      Before the Court are a number of motions filed by the ANCHORAGE DAILY NEWS and KTUU-TV Channel 2 News (Intervenors), which have been fully briefed by the parties. Several already have been resolved by prior orders, while three remain, one of which is addressed below.

      At Docket 826, Intervenors file a Motion to Identify and Unseal Court Orders entered in the case. Specifically, in addition to the items already resolved by orders at Dockets 884 and 885, Intervenors seek the sealed order at Docket 710. Defendant objects to unsealing Docket 710 because of the tentative nature of the order and the potential for confusion. Plaintiff, while not specifically objecting to unsealing, objects to some of the assertions made by Intervenors in their moving papers. Intervenors reply at Docket 876.

Having considered all of the relevant arguments, the Court hereby **GRANTS the request to unseal Docket 710.**

At Docket 824, Intervenors file a Motion for Access to the Brown Report and Related Judicial Records, which is opposed by both Plaintiff and Defendant at Dockets 851 and 855, respectively. Intervenors reply at Docket 878. At Docket 856, Henry files a cross-motion contending that if the Brown Report is released, the attachments thereto should be released as well. Intervenors reply at Docket 879. The Court still has to consider the issue of the Brown Report and, towards that end, has ordered the parties to submit a copy of the report as they agree it is to be utilized at trial, with all of the appropriate redactions. With this in hand, the Court will be better able to resolve the Intervenors' motion at Docket 824, as well as the cross-motion at Docket 856. If, in the process, the Court concludes that oral argument is needed, it will be scheduled.

IT IS SO ORDERED this 13th day of September, 2018, at Anchorage, Alaska.

*/s/ Ralph R. Beistline*
RALPH R. BEISTLINE
Senior United States District Judge

*Henry v. Municipality of Anchorage, et al.*  Case No. 3:15-cv-00187-RRB
Order Unsealing Docket 710 (Docket 826)  Page 2
Case 3:15-cv-00187-RRB   Document 895   Filed 09/13/18   Page 2 of 2