# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>HENRY</u>   v.   <u>MUNICIPALITY OF ANCHORAGE</u>

THE HONORABLE RALPH R. BEISTLINE        CASE NO. <u>3:15-cv-00187-RRB</u>

PROCEEDINGS:  **ORDER FROM CHAMBERS**        DATE:  OCTOBER 15, 2018

---

Pursuant to this Court's Order at Docket 918 granting the Media's Motion for Access to the Brown Report, the documents at Dockets 899, 899-1, and 899-2 shall be UNSEALED on October 16, 2018.  It is so ordered.