Douglas S. Parker, Alaska Bar 8311168
dparker@littler.com
Sean Halloran, Alaska Bar 9211080
shalloran@littler.com
LITTLER MENDELSON
500 L Street, Suite 201
Anchorage, Alaska 99501
Tel: 907.561.1214
Fax: 907.561.1215

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| **ANTHONY HENRY,**<br><br>    Plaintiff,<br><br>v.<br><br>**MUNICIPALITY OF ANCHORAGE,**<br><br>    Defendant. | Case No. 3:15-cv-00187-RRB |

## NOTICE OF APPEAL

Notice is hereby given that the Municipality of Anchorage, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 22nd day of March, 2019.

Dated this 19th day of April, 2019.

                                            LITTLER MENDELSON
                                            Attorneys for Defendant

                                            By:   */s/ Sean Halloran*
                                                    Douglas S. Parker
                                                      Alaska Bar 8311168
                                                    Sean Halloran
                                                    Alaska Bar 9211080

LITTLER MENDELSON
500 L Street, Suite 201
Anchorage, Alaska 99501
Tel: 907.561.1214
Fax: 907.561.1215

CERTIFICATE OF SERVICE:

I hereby certify that on the 19th day of April, 2019, I caused a true and correct copy of the foregoing document to be served on:

Molly C. Brown
Ray R. Brown
Jessica Dillon
Margaret Simonian
Dillon & Findley
1049 W. Fifth Avenue, Suite 100
Anchorage, AK  99501

By ☐ Hand    ☐ Mail    ☐ Fax
☒ Court's ECF filing system

*/s/ Nancy Murphy Kruse*
Nancy Murphy Kruse
Legal Assistant

**LITTLER MENDELSON**
500 L Street, Suite 201
Anchorage, Alaska 99501
Tel: 907.561.1214
Fax: 907.561.1215